UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANIYUNWIYA BEY *ex rel.* Dominick Barbera,

                        Plaintiff,

                                                              **ORDER**
               -against-                                24-CV-4395 (OEM) (MMH)

NEW YORK POLICE DEPARTMENT; 70TH
PRECINCT; KEVIN FLASH; UNIDENTIFIED CO
DEFENDANT; and UNIDENTIFIED CO DEFENDANT,

                        Defendants.
------------------------------------------------------------------X

**ORELIA E. MERCHANT, United States District Judge:**

       Pro se plaintiff Aniyunwiya Bey *ex rel.* Dominick Barbera ("Plaintiff") brought this action, along with an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). ECF 1-2. By Order dated July 4, 2024, the Court denied Plaintiff's IFP application. ECF 4. In order to proceed with this action, Plaintiff was granted 30 days to either file a Long Form IFP application sufficiently explaining his financial status or to pay the $405 filing fee. To date, Plaintiff has not responded to the Court's Order. Accordingly, the action is dismissed without prejudice. The Clerk of Court is respectfully directed to close this case and to mail a copy of this Order to Plaintiff, noting the mailing on the docket.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

       SO ORDERED.

                                                              /s/ Orelia E. Merchant
                                                              ORELIA E. MERCHANT
                                                              United States District Judge

Dated: August 14, 2024
         Brooklyn, New York